OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

ANASTASIA DUBROVSKY
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

Date: January 30, 2026

Hanorah Tyer-Witek, Clerk
United States District Court
1 Exchange Terrace
Federal Building & Courthouse
Providence, RI 02930

Re: Shahar et al v Gibson et al No. 24-cv-00448-MRD-PAS
**Misdirected Notice of Appeal**

Dear Clerk Tyer-Witek:

Enclosed is a notice of appeal in the above referenced case that was mistakenly filed by Ron Shahar in this court on January 29, 2026. I am transmitting the notice to you for docketing as of the date it was received in this court pursuant to Fed. R. App. P. 4(d). Please treat this notice as a duplicate if this pleading has already been filed in your court.

Sincerely,

Anastasia Dubrovsky, Clerk