

# UNITED STATES DISTRICT COURT
### *District of Rhode Island*

## CLERK'S CERTIFICATE AND APPELLATE COVER SHEET
## ABBREVIATED ELECTRONIC RECORD

| Case Information |
| --- |

Case Caption: **Shahar et al**        vs.   **Gibson et al**

District Court Number: 1:24-cv-00448-MRD-PAS        Presiding Judge: **Judge DuBose**

Notice of Appeal filed by: **Plaintiff**        Notice of Appeal document number: **36**

Appeal from: **ECF 35 MEMORANDUM AND ORDER, 12/23/2025 TEXT ORDER**

Other information:

Fee status: **Due**        Pro se case:    Yes ☑    No ☐

Emergency or requires expedition: **No**    *If yes, reason:*

| Record Information |
| --- |

Motions Pending    Yes ☐    No ☑
*If yes, document #*

Other record information:

Related case(s) on appeal:

| Certification |
| --- |

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the following annexed electronic documents constitute the abbreviated record on appeal in the above referenced case:

**HANORAH TYER-WITEK**
Clerk of Court
/s/Cherelle Hill
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Deputy Clerk

Date: **01/30/2026**