IN THE UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT                                    CASE 26-1111

RON SHAHAR, DAVID PARSONS,                **PLAINTIFFS' RESPONSE**

Against                                   **TO OTSC DATED 3/24/2026**

VENTRIS C. GIBSON, ROYAL MINT OF THE

UNITED KINGDOM, JOEL B. CHRISTIAN, RICHARD

ROBIDOUX, LARRY GOLDBERG, ANDREW MILLS,

MARK LOVERIDGE, and CHRISTIE McNALLY,

                        Defendants.

CASE BELOIW:

Plaintiffs Ron Shahar and David Parsons hereby respond to OTSC dated 3/24/2026.

1.  The status of defendant Larry Goldberg in the court below, CASE 24-cv-00448-MRD-PAS  is unclear, but from Docket entry #35 it appears that he was dismissed as well.

2.  See Docket entry on 12/23/2025 ordering that motion for a default judgment against Goldberg is moot.  This text order supplemented same date order grating all other defendants' motion to dismiss (the US Mint defendants and the US Mint Defendants) DKT #35, 12/23/2025.  From this we understood that Defendant Goldberg was included in the overall dismissal dated 12/23/2025.  See enclosed docket as of 4/2/2016 (today's date), **Exhibit "1"**.

1

3. The Clerk indeed certified the case for appeal and marked no pending motion, on 1/30/2026, DKT #37.  From this we understood that Goldberg was also dismissed and the case is certified for appeal.  See the certification, **Exhibit "2".**

4. But on 1/28/2026, the Hon. Court in Rhode Island issued an OTSC why the case should not be dismissed against Defendant Larry Goldberg for lack of diligent prosecution.  For that we responded that he simply failed to appear and is in default.

5. From all the above, we understood that Larry Goldberg was dismissed, at the time we filed the appeal, and at that time we did not know of the OTSC regarding diligent prosecution.

6. We simultaneously write to the Rhode Island Court to issue a new certificate for appeal, and ask this court to kindly wait for it, and keep the appeal open, as it appears that the Hon. Judge Melissa R. DuBose issued the 1/28/2025 OTSC in error, and the case is ready for appeal as to all defendants.

7. Note that both appellants are signing the appeal, so one is not "representing the other".

8. Also, please send a token to Appellant David Parsons so he can file electronically via his Pacer account.

Dated:  April 2, 2026
        Providence, Rhode Island

David Parsons

David Parson, Plaintiff

2



Ron Shahar, Plaintiff pro se

12 Olive Street

Providence RI 02906

Tel. 401-379-2818

Email:  Shahar_ronnie@yahoo.com

DECLARATION OF SERVICE

I Ron Shahar hereby declare that on April 2, 2026 I emailed to notice of motion to Defendants attorneys as follows:

Briana F. Richmond, Esq, Attorney for Larry Goldberg (default motion pending)
Rutan & Tucker LLC
18575 Jamboree Rd, 9 Fl, Irvine CA 92612
Tel. (714 662-4698, email:  brichmond@rutan.com

RACHNA VYAS for US Defendants Gibson, Robidoux and Christian
Assistant United States Attorney
**United States Attorney's Office**, One Financial Plaza, 17th Floor
Providence, Rhode Island 02903
(401) 709-5090, Fax (401) 709-5001, email:  Rachna.Vyas@usdoj.gov

Rajaram Suryanarayan for the UK Defendants UK Mint, Mills and Loveridge
**GUNNING & LAFAZIA, INC.**
33 College Hill Road, Suite 25B
Warwick, Rhode Island 02886
Tel. (401)521-6900, Fax: (401)521-6901, email:  rsury@gunninglafazia.com

Dated:  April 2, 2026
         Providence Rhode Island

Ron Shahar, Plaintiff pro se
12 Olive Street
Providence RI 02906
Email:  Shahar_ronnie@yahoo.com

3

Query    Reports    Utilities    Help    Log Out

APPEAL,Pro Se ECF Filer,Pro Se Plaintiff

# U.S. District Court
## District of Rhode Island (Providence)
## CIVIL DOCKET FOR CASE #: 1:24-cv-00448-MRD-PAS

Shahar et al v. Gibson et al
Assigned to: District Judge Melissa R. DuBose
Referred to: Magistrate Judge Patricia A. Sullivan
Case in other court: First Circuit Court of Appeals, 26-01111
Cause: 28:1332 Diversity-Other Contract

Date Filed: 10/30/2024
Jury Demand: None
Nature of Suit: 430 Banks and Banking
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2024 | 1 | COMPLAINT, filed by David Parsons, Ron Shahar. (Attachments: # 1 Civil Cover Sheet, # 2 Motion to Proceed as ECF Filer (Blank), # 3 Motion to Proceed In Forma Pauperis (Blank), # 4 List of Addresses, # 5 Summons (Blank), # 6 Envelope). (Clerk's Note: Along with the complaint, the filer submitted blank summons, a blank motion to proceed in forma pauperis, and a blank motion to proceed as a pro se electronic filer.)(Simoncelli, Michael) (Entered: 10/30/2024) |
| 10/30/2024 | 2 | Pro Se Consent to Receive Documents Electronically filed by Ron Shahar. (Simoncelli, Michael) (Entered: 10/30/2024) |
| 10/30/2024 | | Case assigned to District Judge William E. Smith and Magistrate Judge Patricia A. Sullivan. (Simoncelli, Michael) (Entered: 10/30/2024) |
| 10/30/2024 | 3 | CASE OPENING NOTICE ISSUED (Simoncelli, Michael) (Entered: 10/30/2024) |
| 10/30/2024 | 4 | ORDER entered directing the plaintiff to pay the civil case filing fee in the amount of $405.00 or to file a motion to Proceed in Forma Pauperis Filing Fee or Motion to Proceed In Forma Pauperis due on or before 11/20/2024. So Ordered by District Judge William E. Smith on 10/30/2024. (Simoncelli, Michael) (Entered: 10/30/2024) |
| 11/21/2024 | | Filing fee: $ 405.00, receipt number 100001990 (Hill, Cherelle) (Entered: 11/21/2024) |
| 12/17/2024 | 5 | Summons Request filed by Ron Shahar. (Attachments: # 1 Joel Christian Summons, # 2 Mark Loveidge Summons, # 3 Richard Robidoux Summons, # 4 Royal Mint of the United Kingdom Summons, # 5 Vetris Gibson Summons, # 6 Larry Goldberg Summons, # 7 Letter)(Hill, Cherelle) (Entered: 12/18/2024) |
| 12/27/2024 | 6 | Summons Issued as to Joel B. Christian, Ventris C. Gibson, Larry Goldberg, Mark Loveridge, Andrew Mills, Richard Robidoux, Royal Mint of the United Kingdom. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons)(Hill, Cherelle) (Entered: 12/27/2024) |
| 12/27/2024 | 7 | NOTICE by Ron Shahar re 5 Summons Request (Attachments: # 1 Envelope)(Hill, Cherelle) (Entered: 12/27/2024) |

| | | |
|---|---|---|
| 01/14/2025 | | TEXT ORDER: This matter is hereby transferred to the calendar of District Judge Melissa R. DuBose for all further proceedings. Senior District Judge William E. Smith no longer assigned to case. So Ordered by Senior District Judge William E. Smith on 1/14/2025. (Simoncelli, Michael) (Entered: 01/14/2025) |
| 02/25/2025 | 8 | NOTICE re 6 Summons Issued: Letter from HM Courts & Tribunals re: Service of Foreign Process on Mark Loveridge. (Simoncelli, Michael) (Entered: 02/25/2025) |
| 02/27/2025 | 9 | MOTION for an Extension of Time to File Answer re 1 Complaint, filed by Ventris C. Gibson, Joel B. Christian, Richard Robidoux. **Responses due by 3/13/2025.** (Vyas, Rachna) (Entered: 02/27/2025) |
| 02/27/2025 | 10 | NOTICE of Appearance by Rachna Vyas on behalf of Ventris C. Gibson, Joel B. Christian, Richard Robidoux (Vyas, Rachna) (Entered: 02/27/2025) |
| 03/03/2025 | 11 | Amended MOTION for an Extension of Time to File Answer re 1 Complaint, *to reflect Plaintiff Ron Shahar's assent* filed by Ventris C. Gibson, Joel B. Christian, Richard Robidoux. **Responses due by 3/17/2025.** (Vyas, Rachna) (Entered: 03/03/2025) |
| 03/05/2025 | | TEXT ORDER denying as moot 9 Motion for Extension of Time to Answer; granting 11 Assented-to Motion for Extension of Time to Answer. Richard Robidoux answer due 4/23/2025; Joel B. Christian answer due 4/23/2025. So Ordered by District Judge Melissa R. DuBose on 3/5/2025. (Urizandi, Nissheneyra) (Entered: 03/05/2025) |
| 03/19/2025 | 12 | NOTICE of Appearance by Rajaram Suryanarayan on behalf of Royal Mint of the United Kingdom, Andrew Mills, Mark Loveridge. (Suryanarayan, Rajaram) *Docket text corrected on 3/31/2025 to reflect appearance for 3 defendants.* (Gonzalez Gomez, Viviana) (Entered: 03/19/2025) |
| 03/19/2025 | 13 | MOTION for an Extension of Time to File Answer filed by Royal Mint of the United Kingdom. **Responses due by 4/2/2025.** (Suryanarayan, Rajaram) (Entered: 03/19/2025) |
| 03/24/2025 | | TEXT ORDER granting 13 Motion for Extension of Time to Answer. Mark Loveridge answer due 4/11/2025; Andrew Mills answer due 4/11/2025; Royal Mint of the United Kingdom answer due 4/11/2025. So Ordered by District Judge Melissa R. DuBose on 3/24/2025. (Urizandi, Nissheneyra) (Entered: 03/24/2025) |
| 04/03/2025 | 14 | MOTION for Christopher J. Major to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC-2118732 ) filed by Royal Mint of the United Kingdom. (Suryanarayan, Rajaram) (Additional attachment(s) added on 4/4/2025: # 1 Pro Hac Vice Application) (Hill, Cherelle). (Entered: 04/03/2025) |
| 04/04/2025 | | TEXT ORDER granting 14 Motion to Appear Pro Hac Vice of Christopher J. Major. So Ordered by District Judge Melissa R. DuBose on 4/4/2025. (Hill, Cherelle) (Entered: 04/04/2025) |
| 04/07/2025 | 15 | NOTICE of Appearance by Andrew W. Plocica on behalf of Royal Mint of the United Kingdom, Andrew Mills, Mark Loveridge (Plocica, Andrew) (Entered: 04/07/2025) |
| 04/11/2025 | 16 | MOTION to Dismiss filed by Royal Mint of the United Kingdom, Andrew Mills, Mark Loveridge. **Responses due by 4/25/2025.** (Attachments: # 1 Exhibit A - Memorandum of Law in Support of Motion to Dismiss, # 2 Exhibit B - C. Inson Declaration, # 3 Exhibit C - A. Mills Declaration, # 4 Exhibit D - M. Loveridge Declaration)(Major, Christopher) (Entered: 04/11/2025) |
| 04/14/2025 | 17 | DECLARATION re 16 MOTION to Dismiss *(DECLARATION OF SERVICE)* by Royal Mint of the United Kingdom, Andrew Mills, Mark Loveridge. (Major, Christopher) (Entered: 04/14/2025) |

| | | |
|---|---|---|
| 04/17/2025 | 18 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *and for Lack of Jurisdiction* filed by Ventris C. Gibson, Joel B. Christian, Richard Robidoux. **Responses due by 5/1/2025.** (Attachments: # 1 Declaration of Greg Weinman, # 2 Declaration of Todd Baldau)(Vyas, Rachna) (Entered: 04/17/2025) |
| 04/25/2025 | 19 | MOTION for Leave to File Document *Amended Complaint* filed by Ron Shahar. **Responses due by 5/9/2025.** (Attachments: # 1 Email)(Gonzalez Gomez, Viviana) (Entered: 04/25/2025) |
| 04/28/2025 | 20 | MOTION for Leave to Proceed as Pro Se Electronic Filer filed by David Parsons. (Attachments: # 1 Email)(Gonzalez Gomez, Viviana) (Entered: 04/28/2025) |
| 04/28/2025 | | DOCKET NOTE: Regarding: 19 MOTION for Leave to File Document *Amended Complaint*. Received a duplicate copy. (Hill, Cherelle) (Entered: 04/28/2025) |
| 05/09/2025 | | TEXT ORDER granting 19 Motion for Leave to File Amended Complaint. Plaintiff shall file their Amended Complaint on or before May 29, 2025. So Ordered by District Judge Melissa R. DuBose on 5/9/2025. (Urizandi, Nissheneyra) (Entered: 05/09/2025) |
| 05/09/2025 | | TEXT ORDER granting 20 Motion for Leave to Proceed as Pro Se Electronic Filer. Failure to comply with the conditions as outlined in the motion shall result in termination of electronic filing privileges. So Ordered by District Judge Melissa R. DuBose on 5/9/2025. (Urizandi, Nissheneyra) (Entered: 05/09/2025) |
| 05/09/2025 | 21 | RESPONSE In Opposition to 19 MOTION for Leave to File Document *Amended Complaint UK DEFENDANTS AND UNITED STATES JOINT RESPONSE TO PLAINTIFFS MOTION FOR LEAVE TO AMEND THEIR COMPLAINT AND REQUEST FOR BRIEFING SCHEDULE* filed by Royal Mint of the United Kingdom, Andrew Mills, Mark Loveridge. **Replies due by 5/16/2025.** (Major, Christopher) (Entered: 05/09/2025) |
| 05/12/2025 | | TEXT ORDER: A responsive pleading to the Amended Complaint shall be filed by June 30, 2025; Plaintiffs' Response due July 17, 2025; Defendants' Reply due August 4, 2025. So Ordered by District Judge Melissa R. DuBose on 5/12/2025. (Urizandi, Nissheneyra) (Entered: 05/12/2025) |
| 05/21/2025 | 22 | MOTION for Default Judgment as to *Larry Goldberg* filed by Ron Shahar. **Responses due by 6/4/2025.** (Attachments: # 1 Declaration, # 2 Envelope)(Gonzalez Gomez, Viviana) (Entered: 05/21/2025) |
| 05/30/2025 | 23 | AMENDED COMPLAINT against Joel B. Christian, Ventris C. Gibson, Larry Goldberg, Mark Loveridge, Andrew Mills, Richard Robidoux, Royal Mint of the United Kingdom, Christie McNally, filed by David Mark Parsons, Ron Shahar. (Attachments: # 1 Email)(Hill, Cherelle) (Entered: 05/30/2025) |
| 06/05/2025 | 24 | DOCKET NOTE: Duplicate Copy Received Regarding: 23 Amended Complaint,. (Attachments: # 1 Envelope) (Hill, Cherelle) (Entered: 06/05/2025) |
| 06/27/2025 | 25 | MOTION to Dismiss *THE AMENDED COMPLAINT* filed by Mark Loveridge, Andrew Mills, Royal Mint of the United Kingdom. **Responses due by 7/11/2025.** (Attachments: # 1 Exhibit 1 - Memorandum of Law in Support, # 2 Exhibit 2 - Second Declaration of Christopher Inson)(Major, Christopher) (Entered: 06/27/2025) |
| 06/30/2025 | 26 | Second MOTION to Dismiss *for Lack of Jurisdiction, Improper Venue, and Failure to State a Claim* filed by Joel B. Christian, Ventris C. Gibson, Christie McNally, Richard Robidoux. **Responses due by 7/14/2025.** (Attachments: # 1 Exhibit Declaration of J. B. Christian)(Vyas, Rachna) (Entered: 06/30/2025) |
| 07/14/2025 | 27 | MOTION for an Extension of Time to File Response/Reply as to 25 MOTION to Dismiss *THE AMENDED COMPLAINT*, 26 Second MOTION to Dismiss *for Lack of Jurisdiction,* |

| | | |
|---|---|---|
| | | *Improper Venue, and Failure to State a Claim* filed by David Mark Parsons, Ron Shahar. **Responses due by 7/28/2025.** (Attachments: # 1 Email)(Gonzalez Gomez, Viviana) (Entered: 07/14/2025) |
| 07/14/2025 | | TEXT ORDER granting 27 Motion for Extension of Time to File Response/Reply. Reset Deadlines re 25 MOTION to Dismiss *THE AMENDED COMPLAINT*, 26 Second MOTION to Dismiss *for Lack of Jurisdiction, Improper Venue, and Failure to State a Claim*: **Responses due by 7/31/2025; Replies due by 8/21/2025.** So Ordered by District Judge Melissa R. DuBose on 7/14/2025. (Urizandi, Nissheneyra) (Entered: 07/14/2025) |
| 07/16/2025 | 28 | MOTION for an Extension of Time to File Response/Reply as to 25 MOTION to Dismiss *THE AMENDED COMPLAINT* filed by David Mark Parsons, Ron Shahar. **Responses due by 7/30/2025.** (Attachments: # 1 Envelope)(Hill, Cherelle) (Entered: 07/17/2025) |
| 07/18/2025 | | TEXT ORDER denying as moot 28 Motion for Extension of Time to File Response/Reply re Defendants' Motions to Dismiss, ECF Nos. 25 , 26 . The sought extension was already granted by Text Order on July 14, 2025. So Ordered by District Judge Melissa R. DuBose on 7/18/2025. (Urizandi, Nissheneyra) (Entered: 07/18/2025) |
| 08/01/2025 | 29 | RESPONSE In Opposition to 26 Second MOTION to Dismiss *for Lack of Jurisdiction, Improper Venue, and Failure to State a Claim* filed by Ron Shahar. **Replies due by 8/8/2025.** (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Email)(Hill, Cherelle) (Entered: 08/01/2025) |
| 08/15/2025 | 30 | REPLY to Response re 29 Response to Motion, filed by Joel B. Christian, Ventris C. Gibson, Christie McNally, Richard Robidoux. (Vyas, Rachna) (Entered: 08/15/2025) |
| 08/20/2025 | 31 | REPLY to Response re 29 Response to Motion, filed by Mark Loveridge, Andrew Mills, Royal Mint of the United Kingdom. (Major, Christopher) (Entered: 08/20/2025) |
| 08/22/2025 | 32 | CORRECTED REPLY to Response re 29 Response to Motion, filed by Joel B. Christian, Ventris C. Gibson, Christie McNally, Richard Robidoux. (Vyas, Rachna) (Entered: 08/22/2025) |
| 09/09/2025 | 33 | MOTION for Default Judgment as to *Larry Goldberg* filed by Ron Shahar. **Responses due by 9/23/2025.** (Attachments: # 1 Declaration, # 2 Envelope)(Hill, Cherelle) (Entered: 09/09/2025) |
| 10/24/2025 | 34 | NOTICE of Proposed Judgment by Default Against larry Goldberg by Ron Shahar re 33 MOTION for Default Judgment as to *Larry Goldberg* (Attachments: # 1 Judgment, # 2 Declaration of Service, # 3 Envelope)(Hill, Cherelle) (Entered: 10/24/2025) |
| 12/23/2025 | 35 | MEMORANDUM AND ORDER granting 25 Motion to Dismiss; granting 26 Motion to Dismiss; and denying as premature 33 Motion for Default Judgment. So Ordered by District Judge Melissa R. DuBose on 12/23/2025. (Urizandi, Nissheneyra) (Entered: 12/23/2025) |
| 12/23/2025 | | TEXT ORDER denying as moot 16 Motion to Dismiss; denying as moot 18 Motion to Dismiss for Failure to State a Claim; denying as moot 22 Motion for Default Judgment. So Ordered by District Judge Melissa R. DuBose on 12/23/2025. (Urizandi, Nissheneyra) (Entered: 12/23/2025) |
| 01/28/2026 | | TEXT ORDER: Plaintiff is ordered to show cause why this case should not be dismissed against Defendant Larry Goldberg for lack of diligent prosecution. A written response shall be filed on or before February 11, 2026. So Ordered by District Judge Melissa R. DuBose on 1/28/2026. (Urizandi, Nissheneyra) (Entered: 01/28/2026) |
| 01/29/2026 | 36 | NOTICE OF APPEAL by Ron Shahar as to Order on Motion to Dismiss,, Order on Motion to Dismiss for failure to State a Claim,, Order on Motion for Default Judgment, 35 Order |

| | | |
|---|---|---|
| | | on Motion to Dismiss,, Order on Motion for Default Judgment<br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf** Appeal Record due by 2/5/2026. (Attachments: # 1 Letter from USCA)(Hill, Cherelle) (Entered: 01/30/2026) |
| 01/30/2026 | 37 | CLERK'S CERTIFICATE AND APPELLATE COVER SHEET: Abbreviated record on appeal consisting of notice of appeal, order(s) being appealed, and a certified copy of the district court docket report transmitted to the U.S. Court of Appeals for the First Circuit in accordance with 1st Cir. R. 11.0(b). 36 Notice of Appeal,,,. (Attachments: # 1 Record on Appeal)(Hill, Cherelle) (Entered: 01/30/2026) |
| 01/30/2026 | | USCA Case Number 26-1111 for 36 Notice of Appeal, filed by Ron Shahar. (Gonzalez Gomez, Viviana) (Entered: 01/30/2026) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/02/2026 07:14:26 | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-00448-MRD-PAS |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |



EXHIBIT "2"

## *District of Rhode Island*

### CLERK'S CERTIFICATE AND APPELLATE COVER SHEET
### ABBREVIATED ELECTRONIC RECORD

| Case Information |
|---|

Case Caption: **Shahar et al**                              vs.   **Gibson et al**

District Court Number: 1:24-cv-00448-MRD-PAS          Presiding Judge: **Judge DuBose**

Notice of Appeal filed by: **Plaintiff**                 Notice of Appeal document number: **36**

Appeal from: **ECF 35 MEMORANDUM AND ORDER, 12/23/2025 TEXT ORDER**

Other information:

Fee status: **Due**                    Pro se case:    Yes ☑    No ☐

Emergency or requires expedition: **No**        *If yes, reason:*

| Record Information |
|---|

Motions Pending    Yes ☐    No ☑
*If yes, document #*

Other record information:

Related case(s) on appeal:

| Certification |
|---|

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the following annexed electronic documents constitute the abbreviated record on appeal in the above referenced case:

**HANORAH TYER-WITEK**
Clerk of Court
**/s/Cherelle Hill**
_____
Deputy Clerk

Date: **01/30/2026**