| | |
|---|---|
| **From:** | shahar ronnie <shahar_ronnie@yahoo.com> |
| **Sent:** | Thursday, April 2, 2026 9:59 AM |
| **To:** | Briana Richmond; RID_ECF_INTAKE; Vyas Rachna (USARI) |
| **Subject:** | Fw: Document from shaharronnie5@gmail.com |
| **Attachments:** | ! Boston Ron Response to Goldberg OTSC 2-4-2026.pdf |
| | |
| **Categories:** | Awaiting More Information, Being Worked on CH |

**CAUTION - EXTERNAL:**

----- Forwarded Message -----
**From:** Ronnie Shahar <shaharronnie5@gmail.com>
**To:** "shahar_ronnie@yahoo.com" <shahar_ronnie@yahoo.com>
**Sent:** Thursday, April 2, 2026 at 05:44:42 PM GMT+4
**Subject:** Document from shaharronnie5@gmail.com

! Boston Ron Response to Goldberg OTSC 2-4-2026.pdf

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.